IN THE COURT OF APPEALS
FOR THE FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS
CT. APP. NO. 04-15-00333-CR
TRIAL CT. NO. 2013-CR-4433



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 30 PM 12:27
KEITH E. HOTTLE, CLERK

MARIO ISMAEL GUTIERREZ ——————— APPELLANT-PRO-SE

VS.

THE STATE OF TEXAS —————— APPELLEE

## APPELLANT'S PRO-SE REQUEST TO VACATE ANDER'S BRIEF TO ALLOW APPELLANT TO PROCEED ON THIS APPEAL WITH AN ORDER FOR AN EXTENSION OF TIME TO PREPARE PRO-SE BRIEF

BEFORE... THE HONORABLE JUSTICE'S OF THE FOURTH COURT OF APPEALS:

APPELLANT, MARIO ISMAEL GUTIERREZ, FILE'S HIS PRO-SE REQUEST TO VACATE THE ANDER'S BRIEF FILED ON OCTOBER 14th 2015, AND RECIEVED BY APPELLANT ON OCTOBER 26th 2015, HAND DELIVERED BY APPELLANT COUNSEL.

APPELLANT REQUEST'S AN EXTENSION OF TIME PURSUANT TO TEX.R. APPELLATE PROCEDURE R. 26.3... IN ORDER TO PREPARE HIS PRO-SE BRIEF, AND REQUEST'S AN EXTENSION OF 30 DAYS FROM OCTOBER 27th 2015, UNTIL THE DEADLINE OF NOVEMBER 27th 2015. THIS APPEAL IS FILED UNDER OPEN COURTS PROVISION IN CONSTRUING ARTICLE 1, §13 OF THE TEXAS CONSTITUTION, IN ANALYZING THE APPELLANTS RIGHT TO REDRESS A DEPRIVATION OF DUE PROCESS RIGHT'S TO A FAIR TRIAL GRANTED BY ARTICLE 1, §19 OF THE TEXAS CONSTITUTION.

APPELLANT IS AGGRIEVED BY BOTH TRIAL AND APPELLANT COUNSEL BY THEIR INEFFECTIVESS AND REQUEST'S AN OPPORTUNITY TO HAVE HIS RIGHT OF BEING HEARD BY HIMSELF. TEXAS CONSTITUTION ARTICLE 1, §10.

RESPECTFULLY SUBMITTED,

S/ _____

PRO-SE APPELLANT
MARIO ISMAEL GUTIERREZ
TDC-J NO. 2002197
DOMINGUEZ STATE JAIL
6535 CAGMAN ROAD
SAN ANTONIO, TEXAS 78252

SIGNED AND ENTERED ON THIS 27th DAY OF OCT. 2015.

c/o Court of Appeals Clerk
Fourth Court of Appeals
Cadena - Reeves Justice Center
300 Dolorosa Rm. 3200
San Antonio Texas 78205-3037

October 27th 2015

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 30 PM 12:27
Keith E. Hottle
KEITH E. HOTTLE, CLERK

"In Re: Appellants' Pro-Se Request
to vacate Anders Brief to
allow appellant to proceed on this
Appeal with an order for an extension
of Time to Prepare Pro-Se Brief..."

"Good Morning"

With another beautiful day God has made for
Everyone to Enjoy and wish to "Thank You"
for sparing a moment to read my request.

Would you "please file" my motion for
the Honorable Justices' Consideration.

With the very best of wishes, I remain

Sincerely,

PRO-SE APPELLANT
MARIO ISMAEL GUTIERREZ
TDCJ ID # 2002197
DOMINGUEZ STATE JAIL
6535 CAGNAN ROAD
SAN ANTONIO TEXAS 78252

CC:FILE (1)

Mario Gutierrez #2002197
Dominguez Unit
6535 Cagnon Rd
San Antonio, Texas
                78252

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
28 OCT 2015 PM 1 L

USA
FOREVER

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 30 PM 12:27

Keith E. Hottle
KEITH E. HOTTLE, CLERK

4th Court of Appeals
ATTN: Court Clerk
Cadena Reeves Justice Center
300 Dolorosa
San Antonio, Texas
                78205

7820583004